**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00144-CV**
_____

**JODI MICHAEL SIMONEAUX, Appellant**

**V.**

**GLENN A. JOHNSON, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-01-00860**

**MEMORANDUM OPINION**

The appellant, Jodi Michael Simoneaux, and the appellee, Glenn A. Johnson, filed a joint motion to dismiss this accelerated appeal. This motion is voluntarily made by the agreement of the parties prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(2). We grant the joint motion to dismiss and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on September 9, 2020
Opinion Delivered September 10, 2020

Before McKeithen, C.J., Kreger and Johnson, JJ.